UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| Christopher D. Blake<br>ss#xxx-xx-6734<br>Wendy L. Blake<br>ss#xxx-xx-2710 | Case No. 18-31655<br><br>Chapter 13 |
| Debtors | |

### ATTORNEY AFFIRMATION IN SUPPORT OF DEBTORS NOTICE AND MOTION TO MODIFY THE CHAPTER 13 PLAN

Christopher D. Blake Wendy L. Blake ("Debtor"), by and through counsel, Harris-Courage & Grady, PLLC, as and for their support of the Notice and Motion to Modify the Chapter 13 Plan avers as follows:

1. On 11/28/2018, the Debtors filed a Chapter 13 Bankruptcy Petition in the U.S. Bankruptcy Court for the Northern District of New York.

2. The chapter 13 plan was confirmed on 1/30/2019.

3. The Debtor is 28 months into their plan and have paid the trustee $18,400.00 to date.

4. This motion to modify is being made because since the date of filing the Debtor has incurred over $600/m in health insurance costs and was out of work during summer 2020 due to COVID.

5. Pursuant to the information provided by EPIQ the following claims are left to be paid:

    | | |
    |---|---|
    | Unsecured claims | $15,339.32 |
    | Attorney fees | $410.91 |
    | Trustee commissions | $1,570.72 |
    | Funds on hand | -   $744.95 |
    | Total | $16,576.00 |

6. The Debtor will make 32 payments of $518.00 per month for the remaining term of the plan, beginning with the April 2021 payment.

7. At the filing of filing, the Debtor's disposable income was $39,483.60, and the chapter 7 liquidation was $0.

8. To complete the plan as modified the Debtors propose the following (all terms of the confirmation order remain the same with the following exceptions):

   a. abate all arrears to the trustee;

   b. decrease the payment to $518.00 a month for the remaining 32 months;

   c. keep the term of the plan at 60 months;

   d. reduce the unsecured dividend for non student loan claims to 5.02% and reduce the dividend for student loan claims to 13.88% (total amount paid to unsecured creditors will be $25,880.94)

      i. Non student loan unsecured creditor claims total $32,276.55 and they have been paid $1,621.23 to date (5.02%) and will receive no further payments through the plan;

      ii. Student loan unsecured creditor claims total $174,782.90 and they have been paid $8,920.39 to date (5.10%) and will receive an additional $15,339.32 through the plan ($24,259.71 total) for a total dividend of 13.88%;

   e. pay $375.00 in attorney fees and $35.91 in copying and postage costs as and for the instant motion to modify for a total of $410.91 to be paid through the plan (which includes reviewing the budget with Debtor, modifying the plan, generating motion, notice and supporting papers, copying and mailing documents, serving the motion, addressing any objections that come up if necessary, appearing at the hearing if necessary, preparing and uploading the order to modify). To date counsel has requested fees of $4,325.00, with $1,199.00 being paid pre filing, $3,126.00 having already been paid by the trustee, and $0 left to be paid by the trustee.

THEREFORE, the Debtors respectfully request an order from this Court that: a) abates all arrears to the trustee; b) decreases the payment to $518.00 a month for the remaining 32 months of the plan; c) keeps the term of the plan at 60 months; d) reduces the the unsecured dividend to non student loan claims to 5.02% and reduces the unsecured dividend to student loan claims to 13.88%; and e) pays $410.91 in attorney fees and costs as and for the instant motion to modify; and such other and further relief as the Court deems just and proper.

Dated: April 1, 2021                    HARRIS-COURAGE & GRADY, PLLC

                                         BY:      /s/ Jessica Grady
                                                   Jessica L. Grady, Esq.
                                                   Bar Roll #512322
                                                   225 Greenfield Parkway, Ste. 107
                                                   Liverpool, NY  13088
                                                   (315) 445-5608 (tel)
                                                   jessica@harrisbankruptcy.com